UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILSON DEIDE,

Petitioner,

v.

ANGELA DUNBAR,

Respondent.

Case No. 1:26-cv-2435

Honorable Robert J. Jonker

# ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. To the extent that the North Lake Processing Center, the Warden of the North Lake Processing Center, The GEO Group, Inc., and the Sheriff of Lake County are named as Respondents in the petition, they are dismissed as Respondents.
2. Matthew Putra, the Field Office Director of Enforcement and Removal Operations for the Immigration and Customs Enforcement Detroit Field Office, shall be added as a Respondent.
3. The Clerk of Court shall serve copies of the petition and this order on the remaining Respondent.

4. On or before the third business day after entry of this order, Respondent shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.
5. Petitioner shall file a written reply on or before the third business day after Respondent files his response to the order to show cause.
6. In Respondent's response and Petitioner's reply, the parties shall address any issues of fact that must be resolved. Further, in their response, Respondent shall address whether Petitioner was previously released or paroled into the United States by immigration officials. If Petitioner was previously released or paroled into the United States, Respondent shall indicate the statutory basis for the release or parole into the United States in their written response, and Respondent shall provide copies of the relevant documents that show the statutory basis for Petitioner's release or parole into the United States and any conditions imposed on Petitioner during the release or parole. If Respondent is unable to provide copies of these documents, he shall provide an explanation in his response as to why he is unable to do so.
7. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated: August 28, 2026

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge